UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARTIN PARKS,<br><br>Plaintiff,<br><br>v.<br><br>BEXAR COUNTY SHERIFF'S OFFICE and BEXAR COUNTY SHERIFFS CONSTABLES PRECINCT 4,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-26-CV-3634-FB |

**ORDER RETURNING CASE TO DISTRICT COURT**

The undersigned issued a Report and Recommendation on October 19, 2026, recommending dismissing Plaintiff's complaint without prejudice. (*See* Docket Entry 9.) Accordingly, the undersigned has completed all referred tasks in this case as outlined in the Court's Standing Order dated October 8, 2019, in accordance with Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas.

Accordingly, it is hereby **ORDERED** that this case is **RETURNED** to the District Court.

**SIGNED** on October 19, 2026.

Henry J. Bemporad
United States Magistrate Judge